IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FENG GAO,

  **Plaintiff,**

vs.

THE PARTERNSHIPS and
UNICORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

  **Defendants.**

Case No. 21-cv-4055

**PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH LOCAL RULE 83.15**

  Plaintiff FENG GAO ("Gao" or "Plaintiff"), by and through its undersigned counsel, hereby petitions the Court for an order requiring that Spidoc direct, M Sport Direct, A Sport Direct, Uniqtec, F Sport Shop and 3one (collectively "Defendants") comply with Local Rule 83.15. Defendant's recent filings (Dkt 19, 21, 25) fail to comply with Local Rule 83.15 because Defendant has not retained local counsel.

1. On August 18, 2021, Mr. Shengmao Mu entered an appearance in this action as counsel for Defendant (Dkt. 19). As of Today, Mr. Mu is the sole counsel of record for all the Defendants. Mr. Mu has indicated his address to be "57 West, 57th street, 3rd and 4th floors, New York, NY, 10019" (*Id.*) On his attorney appearance form, Mr. Mu checked "No" to the questions (i) "are you acting as local counsel in this case?", and (ii) "are you a member of the court's trial bar?" (*Id.*)

2. Local Rule 83.15 requires all nonresident attorneys to designate as local counsel "a member of the bar of this Court having an office within this District." N.D. Ill. Local R. 83.15(a). Once designated, local counsel must file an appearance in the case and

accept service of notices, pleadings, and other documents on behalf of the nonresident attorney. *Id; see also id* at § (c).

3. If a nonresident attorney fails to designate local counsel within thirty days of filing documents with the court, "the documents filed by the attorney may be stricken by the court." *Id* at § (b).

4. On August 27, 2021, Mr. Mu filed a Response to the Preliminary injunction motion and exhibits in support thereof (Dkt. 21). On September 02, 2021 Mr. Mu filed an answer and counterclaims and exhibits in support thereof (Dkt. 25).

5. Defendants have not to date designated local counsel who is "a member of the bar of this Court having an office within this District."

In light of the above considerations, Plaintiff respectfully requests that the Court enter an order requiring Defendant to retain local counsel and requiring such local counsel to enter an appearance in this action on Defendants' behalf. Plaintiff further requests that the order Specify that Defendants are given 30 days in which to designate local counsel lest the documents filed by its nonresident attorney be stricken.

Respectfully submitted,

DATED this 3rd day of September, 2021.

**Bayramoglu Law Offices, LLC**
*/s/ Nihat Deniz Bayramoglu*
**NIHAT DENIZ BAYRAMOGLU**
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
T: (702) 462-5973
F: (702) 553-3404
deniz@bayramoglu-legal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 3rd, 2021, I electronically filed the foregoing document with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which will accomplish service electronically on all counsel of record.

Dated: September 3, 2021

/s/ *Nihat Deniz Bayramoglu*

Nihat Deniz Bayramoglu