**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FENG GAO, | Case No.: 21-cv-04055 |
| Plaintiff, | |
| vs. | |
| THE INDIVIDUALS, CORPORATIONS, | Honorable Robert M. Dow Jr. |
| et al. IDENTIFIED ON SCHEDULE A | |
| HERETO, | RESPONSE TO MUNITE ORDER 34 |
| Defendants | |

Counsel for Defendants would like to seek the permission from this Court to update the Counsel status to Local Counsel as Defendants' Counsel does have an office in this district, which is located at 111 W. Jackson, Suite 1700, Chicago, IL, 60604.

Date: September 10, 2021                    Respectfully submitted,


/s/ Shengmao Mu
SHENGMAO MU

Whitewood Law PLLC

57 West, 57th Street,
3rd and 4th Floors,
New York, NY, 10019

111 W. Jackson, Suite 1700,
Chicago, IL, 60604

Telephone (917)-858-8018
Facsimile (917)- 591-0618
mousamuel@whitewoodlaw.com

1

Attorney for Defendants
F Sport Shop, Uniqtec USA, M SPORT
Direct, FXZ SHOP, Spidoc Direct, and 3one