**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Feng Gao, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:21-cv-04055 |
| v. | ) |
| | ) Judge Sharon Johnson Coleman |
| | ) |
| THE PARTNERSHIPS and | ) |
| INCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE "A," | ) |
| | ) |
| Defendants. | ) |

**Defendants' Motion for Partial Summary Judgment of Non-Infringement and Invalidity**

**NOW COME** Defendants F Sport Shop (Amazon seller ID A6M2RWA8ZP9TL), M SPORT Direct (Amazon seller ID AL3DL8YHYDMYJ), FXZ SHOP (Amazon seller ID A1FUNE3OQ86UUL), Spidoc Direct (Amazon seller ID A1GNTVBJ9OOEOK), 3one (Amazon seller ID AWFOV0VB6ER6E), and Uniqtec USA (Amazon seller ID A340UBV36KP7H8) (hereinafter "Defendants"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 56 and L.R. 56.1(a) move this Court to award partial summary judgment to Defendants on issues of non-infringement and invalidity, and in support thereof submit the accompanying Memorandum of Law, statement of facts, declaration, exhibits, and errata.

Dated        October 18, 2022

                                                                                                               Respectfully Submitted,

                                                                                                               /s/Adam E. Urbanczyk
                                                                                                               Adam E. Urbanczyk
                                                                                                               AU LLC
                                                                                                               564 W. Randolph St. 2nd Floor
                                                                                                               Chicago, IL 60661
                                                                                                               (312) 715-7312
                                                                                                               (312) 646-2501 (fax)
                                                                                                               adamu@au-llc.com
                                                                                                               *Counsel for Defendants*