## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Feng Gao

                        Plaintiff,

v.                                                   Case No.: 1:21−cv−04055

                                                             Honorable Sharon Johnson Coleman

Partnerships and Unincorporated Associations
Identified on Schedule "A", The, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 19, 2022:

      MINUTE entry before the Honorable Young B. Kim: Defendants' motion to stay discovery and related discovery motions [86] is denied. Although Defendants are correct that they are entitled to file motions for summary judgment at any time, that entitlement does not then mean that motions for summary judgment should be resolved before the close of discovery or that discovery should be stayed. Also, the court has often stayed expert discovery pending the resolution of summary judgment motions on issues of liability when such discovery pertained only to damages because a stay in these situations makes sense. But, in this case, Defendants' self−serving conclusory assertions in their motion that Plaintiff does not need any more fact or expert discovery before a ruling on the recently filed motion for partial summary judgment is simply not enough to persuade this court to stay discovery. That said, if Plaintiff agrees−−−after having fully considered the motion for partial summary judgment−−−that discovery should be stayed, the parties may file a joint motion. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.