**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Feng Gao, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-4055 |
| v. ) | |
| ) | Hon. Judge Sharon Johnson Coleman |
| THE PARTNERSHIPS and ) | |
| INCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF MELIKA HARRIS IN SUPPORT OF
PLAINTIFF FENG GAO'S MOTION TO COMPEL**

I, Melika Harris, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois. I represent Plaintiff Feng Gao in this matter. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On April 29, 2022, Plaintiff served Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production of Documents (collectively "Discovery Requests") to Defendants 3One, F sport Shop, FXZ Shop, M Sport Direct, Spidoc Direct and Uniqtec USA (collectively, "Defendants"). A true and correct copy of Plaintiff's First Set of Interrogatories to Defendants is attached hereto as **Exhibit 1**. A true and correct copy of Plaintiff's First Request for Production of Documents is attached hereto as **Exhibit 2**.

3. On June 3, 2022, Defendants served responses to the Discovery Requests. A true and correct copy of Defendants' Responses to Plaintiff's First Set of Interrogatories are attached hereto as **Exhibit 3.** Defendants' Responses to Plaintiff's First Requests for Production of Documents are attached hereto as **Exhibit 4.**

4. On July 22, 2022, Plaintiff served Plaintiff's Second Set of Interrogatories and Plaintiff's Second Request for Production of Documents (collectively "Discovery Requests") to Defendants 3One, F sport Shop, FXZ Shop, M Sport Direct, Spidoc Direct and Uniqtec USA (collectively, "Defendants"). A true and correct copy of Plaintiff's Second Set of Interrogatories to Defendants is attached hereto as **Exhibit 5**. A true and correct copy of Plaintiff's Second Request for Production of Documents is attached hereto as **Exhibit 6.**

5. Defendants' responses to Plaintiff's Discovery Requests were due on August 22, 2022.

6. On August 23, 2022, Plaintiff was served with Defendants' responses to Plaintiff's Second Set of Interrogatories, however these responses were insufficient. Defendants' responses to Plaintiff's Second Set of Interrogatories were signed and verified by Yarong Chen. Defendants failed to serve their responses to Plaintiff's Second Request for Production of Documents. A true and correct copy of Defendants' Responses to Plaintiff's Second Set of Interrogatories is attached hereto as **Exhibit 7.**

7. Defendants' answer to Plaintiff's Second Set of Interrogatories, Interrogatory No. 23, directed Plaintiff to D000255, which is a spreadsheet that purportedly represents the profits made by Defendants from the sale of the infringing earbuds sold by Defendants on Amazon. A true and correct copy of D000255 is attached hereto as **Exhibit 8.**

8. On September 7, 2022, Plaintiff sent Rule 26 Letters to Defendants to address Plaintiff's concerns regarding Defendants' deficient responses to Plaintiff's Discovery Requests. True and correct copies of the September 7, 2022 Rule 26 Letters are attached hereto as **Exhibit 9.**

9. On September 15, 2022, the Parties' counsel engaged in a good-faith video conference to discuss, among other things, deficiencies related to Defendants' responses to Plaintiff's Second Set of Interrogatories and Plaintiff's Second Requests for Production of Documents. During the conference Defendants' counsel assured Plaintiff that Defendants would provide supplemental responses to Plaintiff's Second Set of Interrogatories, and Defendants' responses to Plaintiff's Second Request for Production of Documents by September 23, 2022.

10. To date, Plaintiff has not received Defendants' supplemental responses to Plaintiff's Second Set of Interrogatories, or any response at all to Plaintiff's Second Request for Production of Documents.

11. On July 26, 2022, Plaintiff served Notices of 30(b)(6) Depositions on Defendants F Sport Shop, M Sport, Spidoc Direct, and FXZ Shop. A true and correct copies of the Notices of 30(b)(6) Depositions are attached hereto as **Exhibit 10.**

12. On July 28, 2022, Defendants' counsel informed Plaintiff, via email, that Yarong Chen was the 30(b)(6) designee who would provide testimony on behalf of Defendants F Sport Shop, M Sport, Spidoc Direct, and FXZ Shop. A true and correct copy of the July 28, 2022 email is attached hereto as **Exhibit 11.**

13. On August 25-26, 2022, the deposition of Yarong Chen was taken remotely by Plaintiff's counsel. During the deposition, Ms. Chen testified that she was previously employed by the Defendants as an operations agent; however, she has not spoken with the owner of Defendant Spidoc Direct in two or three months, and has not spoken with the owners of the remaining Defendants in nearly a year. Ms. Chen further testified that she has never had communications with anyone in relation to her work with Defendants, outside of

Defendants' owners. Ms. Chen also testified that she had no, or very limited knowledge, with respect to Defendants' organizational structure, employees, and the expenses incurred by Defendants in the sale of the infringing earbuds on Amazon. A true and correct copy of excerpts from the Deposition Transcript of Yarong Chen is attached hereto as **Exhibit 12.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

**BAYRAMOGLU LAW OFFICES LLC**
By: */s/ Melika T. Harris*
Melika T. Harris (admitted *Pro Hac Vice*)
Nihat Deniz Bayramoglu (admitted *Pro Hac Vice*)
Email: melika@bayramoglu-legal.com
Email: deniz@bayramoglu-legal.com
Bayramoglu Law Office, LLC
1540 West Warm Springs Road
Henderson, NV 89014
Telephone: (702) 462-5973
Facsimile: (702) 553-3404
Attorneys for Plaintiff, Feng Gao