**EXHIBIT 8**

| Store Name | Date of Starting to Sale | Monthly Period | The number of earbuds sold | Average sale price (USD) | Amazon referral fee(15% of the sale price) | Average Fulfill-ment by Amazon fees for a Single Product (USD) | Average advertising cost and post-sale-cost for a Single Product (USD) | Cost of product for a Single Product (RMB) | Cost of Ship to Amazon for a Single Product (RMB) | Exchange Rate | Gross Profit for a Single Product (RMB) | Total Gross Profit (RMB) | Rent (RMB) | Commission on to Staff(3% of the Gross Profit) (RMB) | Total Net Profit (RMB) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F Sport Shop | 5/10/21 | 2021.5 | 4041 | 29.59 | 0.85 | 3.64 | 5 | 70 | 12 | 6.3 | 22.02245 | 88992.72045 | 5000 | 2669.78 | 81322.9 |
| | | 2021.6 | 3205 | 29.59 | 0.85 | 3.64 | 5 | 70 | 12 | 6.3 | 22.02245 | 70581.95225 | 5000 | 2117.46 | 63464.5 |
| | | 2021.7 | 3807 | 29.59 | 0.85 | 3.64 | 5 | 70 | 12 | 6.3 | 22.02245 | 83839.46715 | 5000 | 2515.18 | 76324.3 |
| | | 2021.8 | 1583 | 29.59 | 0.85 | 3.64 | 5 | 70 | 12 | 6.3 | 22.02245 | 34861.53835 | 5000 | 1045.85 | 28815.7 |

| Store Name | Date of Starting to Sale | Monthly Period | The number of earbuds sold | Average sale price (USD) | Amazon referral fee(15% of the sale price) | Average Fulfill-ment by Amazon fees for a Single Product (USD) | Average advertising cost and post-sale-cost for a Single Product (USD) | Cost of product for a Single Product (RMB) | Cost of Ship to Amazon for a Single Product (RMB) | Exchange Rate | Gross Profit for a Single Product (RMB) | Total Gross Profit (RMB) | Rent (RMB) | Commission on to Staff(3% of the Gross Profit) (RMB) | Total Net Profit (RMB) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FXZ | 5/5/21 | 2021.5 | 2341 | 23.7 | 0.85 | 3.64 | 5 | 60 | 10 | 6.3 | 2.4815 | 5809.1915 | 5000 | 174.276 | 634.916 |
| | | 2021.6 | 23 | 23.7 | 0.85 | 3.64 | 5 | 60 | 10 | 6.3 | 2.4815 | 57.0745 | 5000 | 1.71224 | -4944.64 |
| | | 2021.7 | 12 | 23.7 | 0.85 | 3.64 | 5 | 60 | 10 | 6.3 | 2.4815 | 29.778 | 5000 | 0.89334 | -4971.12 |
| | | 2021.8 | 3 | 23.7 | 0.85 | 3.64 | 5 | 60 | 10 | 6.3 | 2.4815 | 7.4445 | 5000 | 0.22334 | -4992.78 |

| Store Name | Date of Starting to Sale | Monthly Period | The number of earbuds sold | Average sale price (USD) | Amazon referral fee(15% of the sale price) | Average Fulfill-ment by Amazon fees for a Single Product (USD) | Average advertising cost and post-sale-cost for a Single Product (USD) | Cost of product for a Single Product (RMB) | Cost of Ship to Amazon for a Single Product (RMB) | Exchange Rate | Gross Profit for a Single Product (RMB) | Total Gross Profit (RMB) | Rent (RMB) | Commission on to Staff(3% of the Gross Profit) (RMB) | Total Net Profit (RMB) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M Sport Direct | 3/29/21 | 2021.3 | 142 | 20.9 | 0.85 | 3.64 | 5 | 60 | 10 | 6.3 | -12.5125 | -1776.775 | 5000 | -53.3033 | -6723.47 |
| | | 2021.4 | 3867 | 20.9 | 0.85 | 3.64 | 5 | 60 | 10 | 6.3 | -12.5125 | -48385.8375 | 5000 | -1451.58 | -51934.3 |
| | | 2021.5 | 2750 | 20.9 | 0.85 | 3.64 | 5 | 60 | 10 | 6.3 | -12.5125 | -34409.375 | 5000 | -1032.28 | -38377.1 |
| | | 2021.6 | 5341 | 20.9 | 0.85 | 3.64 | 5 | 60 | 10 | 6.3 | -12.5125 | -66829.2625 | 5000 | -2004.88 | -69824.4 |
| | | 2021.7 | 6803 | 20.9 | 0.85 | 3.64 | 5 | 60 | 10 | 6.3 | -12.5125 | -85122.5375 | 5000 | -2553.68 | -87568.9 |
| | | 2021.8 | 1474 | 20.9 | 0.85 | 3.64 | 5 | 60 | 10 | 6.3 | -12.5125 | -18443.425 | 5000 | -553.303 | -22890.1 |

| Store Name | Date of Starting to Sale | Monthly Period | The number of earbuds sold | Average sale price (USD) | Amazon referral fee(15% of the sale price) | Average Fulfill-ment by Amazon fees for a Single Product (USD) | Average advertising cost and post-sale-cost for a Single Product (USD) | Cost of product for a Single Product (RMB) | Cost of Ship to Amazon for a Single Product (RMB) | Exchange Rate | Gross Profit for a Single Product (RMB) | Total Gross Profit (RMB) | Rent (RMB) | Commission on to Staff(3% of the Gross Profit) (RMB) | Total Net Profit (RMB) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spidoc Direct | 2/28/20 | 2020.2 | 100 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 1756.275 | 5000 | 52.6883 | -3296.41 |
| | | 2020.3 | 3130 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 54971.4075 | 5000 | 1649.14 | 48322.3 |
| | | 2020.4 | 4679 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 82176.10725 | 5000 | 2465.28 | 74710.8 |
| | | 2020.5 | 4112 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 72218.028 | 5000 | 2166.54 | 65051.5 |
| | | 2020.6 | 4652 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 81701.913 | 5000 | 2451.06 | 74250.9 |
| | | 2020.7 | 7839 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 137674.3973 | 5000 | 4130.23 | 128544 |
| | | 2020.8 | 3819 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 67072.14225 | 5000 | 2012.16 | 60060 |
| | | 2020.9 | 5040 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 88516.26 | 5000 | 2655.49 | 80860.8 |
| | | 2020.10 | 6735 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 118285.1213 | 5000 | 3548.55 | 109737 |
| | | 2020.11 | 4069 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 71462.82975 | 5000 | 2143.88 | 64318.9 |
| | | 2020.12 | 4480 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 78681.12 | 5000 | 2360.43 | 71320.7 |
| | | 2021.1 | 5965 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 104761.8018 | 5000 | 3142.85 | 96618.9 |
| | | 2021.2 | 5271 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 92573.25525 | 5000 | 2777.2 | 84796.1 |
| | | 2021.3 | 1684 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 29575.671 | 5000 | 887.27 | 23688.4 |
| | | 2021.4 | 1153 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 20249.85075 | 5000 | 607.496 | 14642.4 |
| | | 2021.5 | 1012 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 18476.013 | 5000 | 554.28 | 12921.7 |
| | | 2021.6 | 1090 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 19143.3975 | 5000 | 574.302 | 13569.1 |
| | | 2021.7 | 89 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 1563.08475 | 5000 | 46.8925 | -3483.81 |
| | | 2021.8 | 166 | 27.45 | 0.85 | 3.64 | 5 | 65 | 10 | 6.3 | 17.56275 | 2915.4165 | 5000 | 87.4625 | -2172.05 |

| Store Name | Date of Starting to Sale | Monthly Period | The number of earbuds sold | Average sale price (USD) | Amazon referral fee(15% of the sale price) | Average Fulfill-ment by Amazon fees for a Single Product (USD) | Average advertising cost and post-sale-cost for a Single Product (USD) | Cost of product for a Single Product (RMB) | Cost of Ship to Amazon for a Single Product (RMB) | Exchange Rate | Gross Profit for a Single Product (RMB) | Total Gross Profit (RMB) | Rent (RMB) | Commission on to Staff(3% of the Gross Profit) (RMB) | Total Net Profit (RMB) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3one | 7/13/21 | 2021.7 | 1167 | 18.48 | 0.85 | 3.64 | 2.63 | 64 | 11.005 | 6.3 | -15.55 | -18141.7152 | 10357.5 | -544.251 | -27955 |
| | | 2021.8 | 1039 | 18.48 | 0.85 | 3.64 | 2.63 | 64 | 11.005 | 6.3 | -15.55 | -16151.8784 | 10357.5 | -484.556 | -26024.8 |