**EXHIBIT 11**

| | |
|---|---|
| **Subject:** | Re: Feng Gao - 21-cv-04055 (NDIL) - Notice of Deposition |
| **Date:** | Thursday, July 28, 2022 at 5:32:33 PM Central Daylight Time |
| **From:** | Adam E. Urbanczyk |
| **To:** | Melika Harris |
| **CC:** | Deniz Bayramoglu, Gokalp Bayramoglu, IN, Brian Swift |
| **Attachments:** | image001.png, image002.png |

Melika,

Yarong Chen is confirmed for the 25th, and she will also be the 30(b)(6) witness for each of these four storefronts. This may suggest rescheduling the set of dates - perhaps running through everything with her over one or two days.

We are still working to collect supplemental material and will need a short extension (seven days, until 08/05) to provide supplemented responses and production. We appreciate Plaintiff's flexibility with this process.

--



**Adam E. Urbanczyk**
Principal Attorney, AU LLC
564 W. Randolph St. 2nd Floor
Chicago, IL 60661
(312) 715-7312 | https://www.Au-LLC.com

This email may contain privileged and/or confidential information which would be for the sole use of the intended recipients. If you believe you have received this email in error, please notify us immediately and delete the email from your system. Further, advice contained in this email cannot be used to avoid tax penalties under the Internal Revenue Code. For advice regarding tax-related matters, please speak with an independent tax advisor.

On Tue, Jul 26, 2022 at 3:42 PM Melika Harris <melika@bayramoglu-legal.com> wrote:

> Adam,
>
> Please find attached the Notice of 30(b)(6) Depositions for the designated officer, director, managing agent, or other designated person to testify on behalf of the following Defendants:
>
> 1. F Sport Shop
> 2. M Sport Direct
> 3. Spidoc Direct
> 4. FXZ Shop

 

**From:** Melika Harris <melika@bayramoglu-legal.com>
**Date:** Monday, July 25, 2022 at 2:12 PM
**To:** adamu@au-llc.com <adamu@au-llc.com>
**Cc:** Deniz Bayramoglu <deniz@bayramoglu-legal.com>, Gokalp Bayramoglu <gokalp@bayramoglu-legal.com>, IN <in@bayramoglu-legal.com>
**Subject:** Feng Gao - 21-cv-04055 (NDIL) - Notice of Deposition

Adam,

Please find attached the Notice of Depositions for the following individuals:

1. Yarong Chen
2. Deng Huier
3. Yu Fa Bin

