**EXHIBIT 12**

Yarong Chen, Vol. I - 8/25/2022
Case: 1:21-cv-04055 Document #: 91-13 Filed: 10/21/22 Page 2 of 21 PageID #:5293
Feng Gao vs. The Partnerships and Incorporated Assocs. Identified on Sched "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

Feng Gao,                            )
                                     )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )CASE NO. 1:21-cv-4055
                                     )Hon. Robert M. Dow, Jr.
THE PARTNERSHIPS and INCORPORATED)
ASSOCIATIONS IDENTIFIED ON           )
SCHEDULE "A,"                        )
                                     )
            Defendants,              )
_____)

ZOOM DEPOSITION OF YARONG CHEN, VOLUME I

Henderson, Nevada

August 25, 2022
10:00 a.m.

REPORTED BY:
MICHAEL A. BOULEY, RDR
NVCCR #960



Yarong Chen, Vol. I  –  8/25/2022
Case: 1:21-cv-04055 Document #: 91-13 Filed: 10/21/22 Page 3 of 21 PageID #:5294
Peng Gao vs. The Partnerships and Incorporated Assocs. Identified on Sched "A"

1    on behalf of Spidoc Direct.  Is that correct?

2        **A.    Correct.**

3        Q.    And you are also here today as an agent to

4    testify on behalf of M Sport Shop.  Is that correct?

5        **A.    Correct.**

6        Q.    Are you also here today as an agent of FXZ Shop,

7    3one, and Uniqtec USA?

8        **A.    Correct.**

9        Q.    Who designated you to testify on behalf of all

10   six defendants as an agent?

11       **A.    All the owners of these shops.**

12       Q.    And who are the owners?  What are the names of

13   the owners who designated you to testify today on behalf

14   of the defendants?

15            THE INTERPRETER:  I'm sorry.  I need her to

16   repeat that name, please.

17       **A.    The name spelled J-I-A-B-A-O L-V.**

18            (Court reporter requests clarification.)

19            THE INTERPRETER:  J-I-A-B-A-O L-V.

20   BY MS. HARRIS:

21       Q.    Is this the individual's first name or last

22   name?

23       **A.    J-I-A-B-A-O is his first name.  L-V is his last**

24   **name.**

25       Q.    And, Jiabao, is that the owner of -- is Jiabao



Yarong Chen, Vol. I  -  8/25/2022
Case: 1:21-cv-04055 Document #: 91-13 Filed: 10/21/22 Page 4 of 21 PageID #:5295
Peng Gao vs. The Partnerships and Incorporated Assocs. Identified on Sched "A"

1    Q.   Have you ever had any other form of

2    communication with Jiabao LV?

3    **A.   No.**

4    Q.   Did you communicate with Junwei Song, the owner

5    of Spidoc Direct, about the deposition today?

6    **A.   No.**

7    Q.   Have you ever had any communications with Junwei

8    Song?

9    **A.   Yes, by telephone.**

10   Q.   When's the last time that you spoke with Junwei

11   Song?

12   **A.   I don't remember.**

13   Q.   Can you estimate when's the last time you spoke

14   with Junwei Song?

15   **A.   Maybe more than two or three months ago.**

16   Q.   If you last spoke with Junwei Song two to three

17   months ago, how did he designate you as an agent for the

18   deposition today?

19        THE INTERPRETER:  Can you please repeat your

20   question?

21   BY MS. HARRIS:

22   Q.   If you last spoke with Junwei Song two to three

23   months ago, how were you designated as an agent of Spidoc

24   Direct for the deposition today?

25   **A.   I was contacted by his attorney to notify me to**

Yarong Chen, Vol. I  -  8/25/2022

Case: 1:21-cv-04055 Document #: 91-13 Filed: 10/21/22 Page 5 of 21 PageID #:5296

Peng Gao vs. The Partnerships and Incorporated Assocs. Identified on Sched "A"

1    attend today's meeting.

2        Q.    How often do you speak with Junwei Song?

3        A.    Once every several months.

4        Q.    When was the last time that you spoke with

5    Jiabao LV, the owner of F Sport Shop?

6        A.    We haven't spoken in about more than a year.

7        Q.    If you haven't spoken in more than a year, how

8    were you designated to be the agent for F Sport Shop in

9    the deposition today?

10       A.    Also, I was contacted by his attorney.

11       Q.    What qualifies you to be the corporate

12   representative of F Sport Shop?

13       A.    Because I was the agent representing his shop in

14   Amazon, so, I know the operation of the shop on Amazon

15   very well.

16       Q.    What qualifies you to be the corporate

17   representative for Spidoc Direct?

18       A.    Because I am in charge of Spidoc Direct to

19   operate his shop with Amazon.  I am their operations

20   agent on Amazon.

21       Q.    What does an operations agent do on Amazon?

22       A.    I am in charge of all the accounts that has to

23   deal with the operations on Amazon.

24       Q.    And by in charge, what are your duties?

25       A.    I'm in charge.  I oversee the products in and



Yarong Chen, Vol. I - 8/25/2022
Case: 1:21-cv-04055 Document #: 91-13 Filed: 10/21/22 Page 6 of 21 PageID #:5297
Peng Gao vs. The Partnerships and Incorporated Assocs. Identified on Scled "A"

1    out.

2        Q.   What do you mean by oversee?  What do you do

3    when you oversee the products?

4        A.   Based on the items we see, based on that, I

5    would -- I just -- I mean, based on the product -- sales

6    product figure, I would adjust the price and the

7    marketing.

8        Q.   Is that your -- is that your only role and

9    responsibility with Spidoc Direct?

10       A.   Correct.

11       Q.   And what is your role and responsibility in

12   regards to F Sport Shop?

13       A.   It would be the same job.  I'm a operations

14   agent.

15       Q.   Are you -- do you have the same job title, role,

16   and responsibility for all six defendants?

17       A.   Correct.

18       Q.   When is the last time you spoke with the owner

19   of M Sport Shop, Linyang Wu?

20       A.   It was on August 10th, 2021, because after that

21   date, the shop was -- was removed because the lawsuit.

22   And then after that, there was no communication.

23       Q.   Then how were you designated as an agent of M

24   Sport Shop to testify in this deposition today?

25       A.   I was notified by the attorney for the shop.



Yarong Chen, Vol. I - 8/25/2022
Case: 1:21-cv-04055 Document #: 91-13 Filed: 10/21/22 Page 7 of 21 PageID #:5298
Feng Gao vs. The Partnerships and Incorporated Assocs. Identified on Sched. "A"

1    Q.   What qualifies you as an agent to testify on

2  behalf of M Sport Shop?

3    **A.   Because I was in charge the business on Amazon**

4  **for M Sport Shop.  I was in charge for that before.**

5    Q.   Were you the only person in charge of the

6  business on Amazon for M Sport Shop?

7    **A.   Correct.  I was the only person who was in**

8  **charge of the shop on Amazon.**

9    Q.   Is there any other person who has access to the

10  -- to M Sport Shop's Amazon sellers account?

11    **A.   That, I don't know.**

12    Q.   Is M Sport Shop a corporate entity?

13    **A.   Correct.**

14    Q.   Does M Sport Shop have any employees?

15    **A.   That, I don't know.**

16    Q.   When is the last time that you spoke with Yong

17  Huiyan, the owner of FXZ Shop?

18    **A.   It was also in August of 2021.  And also, it was**

19  **we stop the communications after the store was removed**

20  **from Amazon.**

21    Q.   If the last time you spoke to Yong Huiyan was

22  over a year ago, how were you designated as an agent of

23  FXZ Shop to testify here today?

24    **A.   It was -- I was notified by their attorney.**

25    Q.   What qualifies you as an agent to testify on



Yarong Chen, Vol. I  -  8/25/2022

Case: 1:21-cv-04055 Document #: 91-13 Filed: 10/21/22 Page 8 of 21 PageID #:5299

Peng Gao vs. The Partnerships and Incorporated Assocs. Identified on Sched "A"

1    behalf of FXZ Shop?

2         A.    I was their operations agent on Amazon.

3         Q.    When is the last time you spoke with Deng Huier,

4    the owner of 3one?

5         A.    Also in August of 2021.

6         Q.    And how were you designated as an agent of 3one

7    to testify here today?

8         A.    It was also -- it was also by their attorney.

9         Q.    And what qualifies you to be an agent to testify

10   on behalf of 3one today?

11        A.    Because I was their operations -- operational

12   agent on Amazon.

13        Q.    When is the last time that you spoke with Yufa

14   Bin, the owner of Uniqtec USA?

15        A.    It was in October of '21.

16        Q.    Then how were you designated as an agent to

17   testify on behalf of Uniqtec USA today?

18        A.    I was notified by their attorney.

19        Q.    What qualifies you to be an agent on behalf of

20   Uniqtec USA?

21        A.    Because I was their shop operational agent on

22   Amazon.

23        Q.    Earlier, I asked you if M Sport Shop had any

24   employees and you stated that you did not know.  Do you

25   know who would know whether or not M Sport Shop has any



Case: 1:21-cv-04055 Document #: 91-13 Filed: 10/21/22 Page 9 of 21 PageID #:5300
Peng Gao vs. The Partnerships and Incorporated Assocs. Identified on Sched "A"

1 defendant from Amazon related to the infringing products.

2     Do you have the knowledge to testify as to topic

3 No. 12 today?

4     **A.**   **Yes, I do.**

5     Q.   The next topic is defendants' organizational

6 structure, incorporation, employees and the

7 responsibility and titles of those employees.

8     Do you have the knowledge to testify as to this

9 topic today?

10     **A.**   **For this topic, the only thing I know is about**

11 **my responsibilities.  Regarding other's responsibilities,**

12 **I wouldn't know.**

13     Q.   Who would know?

14     **A.**   **I don't know.**

15     Q.   Do you know who would have that information?

16     **A.**   **No, I don't know.**

17     Q.   The next topic are defendants' owners, members

18 and/or managers, including ownership interest of the

19 members and/or managers, management duties and titles,

20 and the roles of the members and/or managers in the sale

21 of the infringing products.

22     Do you have the knowledge to testify as to topic

23 14 today?

24     **A.**   **I do not have enough knowledge to speak to this**

25 **topic.**



Yarong Chen, Vol. I - 8/25/2022
Case: 1:21-cv-04055 Document #: 81-13 Filed: 10/21/22 Page 10 of 21 PageID #:5301
Feng Gao vs. The Partnerships and Incorporated Assocs Identified on Sched "A"

 1    Yarong Chen.  Do you have knowledge to testify regarding

 2    this topic today?

 3         A.   Yes, I do.

 4         Q.   And the last topic is topic No. 24, is

 5    defendants' relationship to Sumin Xie.

 6              Do you have the knowledge to testify regarding

 7    this relationship today, or that topic today?

 8         A.   No, I don't.

 9         Q.   Okay.  So, in regards to topic 13, for

10    defendants organizational structure, incorporation,

11    employees, and the responsibility and titles of those

12    employees, you stated that you did not have the knowledge

13    to testify regarding that topic today.

14              Do you have the knowledge to testify regarding

15    this topic related to any of the six defendants?

16         A.   Yes, I don't have the knowledge.

17         Q.   Do you know who would have the knowledge to

18    testify regarding -- to provide testimony on topic No.

19    13?

20         A.   No, I don't know.

21         Q.   And for topic 14, was regarding defendants'

22    owners, members, and/or managers.

23              Do you have the knowledge of the -- of topic 14

24    in regards to any of the six defendants in this

25    litigation?



Yarong Chen, Vol. I - 8/25/2022
Case: 1:21-cv-04055 Document #: 81-13 Filed: 10/21/22 Page 11 of 21 PageID #:5302
Feng Gao vs. The Partnerships and Incorporated Assocs. Identified on Sched. A

1    Q.   So did you ever come into contact or make

2    contact with any other employees or anyone other than the

3    owner with Spidoc Direct?

4    **A.   No.  I have no contact with any other employees**

5    **because of this -- this was my part-time job and I worked**

6    **others in my own house.**

7    Q.   Do you have knowledge of any other employees

8    which worked for Spidoc Direct?

9    **A.   I know nobody.**

10   Q.   How many hours a week did you work for the

11   defendants as the operational agent to run their Amazon

12   stores?

13   **A.   There was no fixed hours.  I only worked when**

14   **there's a need, there is something for me to take care**

15   **of.**

16   Q.   So on a monthly basis, how many hours a week --

17   how many hours did you spend working for Spidoc Direct?

18   **A.   I did not keep track of the hours.**

19   Q.   Can you give an estimate of the number of hours

20   that you would have worked on a monthly basis for Spidoc

21   Direct?

22   **A.   Around 30 to 40 hours per month.**

23   Q.   And what about for F Sport Shop, how many hours

24   a month did you work for F Sport Shop?

25   **A.   I did not keep track of hours working for F**



Yarong Chen, Vol. I - 8/25/2022
Case: 1:21-cv-04055 Document #: 81-13 Filed: 10/21/22 Page 12 of 21 PageID #:5303
Feng Gao vs. The Partnerships and Incorporated Assocs Identified on Sched "A"

1    Sport Shop, either.  But in general, it was about 30 to

2    40 hours for them, also.

3        Q.   What about for defendant M Sport Shop, can you

4    give an estimate of the number of hours you worked per

5    month for M Sport Shop?

6        A.   I did not keep track of the hours working for M

7    Sport Shop.  But based on my experience, it took about 30

8    to 40 hours for all of these, each for all of these

9    defendants' stores.

10       Q.   So it is your testimony that you worked an

11   estimated 150 to 180 hours per month on behalf of all

12   five defendants?

13       A.   Correct.

14       Q.   And you worked these hours with no pay.  Is that

15   correct?

16       A.   Correct.

17       Q.   Did you ever have any communications with any of

18   the suppliers that supplied the earbuds to the

19   defendants?

20       A.   No, I never did, because my job does not involve

21   communication contact with the suppliers.

22       Q.   Did you ever have any communications with Sumin

23   Xie, the patent owner?

24       A.   No.

25       Q.   Did you ever have any communications with anyone



Yarong Chen, Vol. I   -   8/25/2022
Case: 1:21-cv-04055 Document #: 81-13 Filed: 10/21/22 Page 13 of 21 PageID #:5304
Feng Gao vs. The Partnerships and Incorporated Assocs. Identified on Sched. A

 1   related to your work as an operations agent for the

 2   defendants outside of the owners of the defendants?

 3        **A.    None.**

 4        Q.   Who did you report to during the time that you

 5   worked with Spidoc Direct?

 6        **A.    I reported to the shop owner.**

 7        Q.   Was there anyone who had to report to you?

 8        **A.    No.**

 9        Q.   And did Spidoc Direct sell any other products on

10   Amazon other than earbuds?

11        **A.    Let me think about it.**

12             **M Sport Shop sold a data line, data cable.**

13        Q.   So right now I'm asking about Spidoc Direct.

14        **A.    Spidoc Direct, it didn't sell other products.**

15        Q.   So Spidoc Direct only sold earbuds.  Is that

16   correct?

17        **A.    Correct.**

18        Q.   In regards to M Sport Shop, what type of

19   business is M Sport Shop?

20        **A.    Their main product that the shop mainly sells**

21   **products -- or sells earbuds from Amazon.**

22        Q.   What other products does M Sport Shop sell on

23   Amazon?

24        **A.    They have sold data cables before.**

25        Q.   Beta cable?



Yarong Chen, Vol. I - 8/25/2022
Case: 1:21-cv-04055 Document #: 81-13 Filed: 10/21/22 Page 14 of 21 PageID #:5305
Feng Gao vs. The Partnerships and Incorporated Assocs identified on Sched. A

1    Q.   F Sport Shop.

2    **A.   The total amount sold was 12,636.**

3    Q.   Did you review a document to come up with that

4    answer to -- or did you just know that off the top of

5    your head?

6    **A.   I referred to some documents to arrive at that**

7    **number.**

8    Q.   Which document did you refer to?

9    **A.   It was based on the documents we provided to the**

10   **plaintiff already before, based on the monthly profits**

11   **reports.**

12        (Exhibit 9 identified.)

13   BY MS. HARRIS:

14   Q.   Okay.  I would like to share my screen with you.

15        Can you see my screen, Miss Chen?

16   **A.   Yes, I can.**

17   Q.   Have you seen this document before?

18   **A.   I've seen it before.**

19   Q.   What is this document?

20   **A.   It was the monthly profits report of a store.**

21   Q.   Do you know who prepared this document?

22   **A.   It was me who prepared this document.**

23   Q.   And when did you prepare this document?

24   **A.   It was about a week ago.**

25   Q.   And is this the document that you provided to



Yarong Chen, Vol. I - 8/25/2022
Feng Gao vs. The Partnerships and Incorporated/Assocs identified on Sched' A
Case: 1:21-cv-04055 Document #: 81-13 Filed: 10/21/22 Page 15 of 21 PageID #:5306

1    plaintiffs which was Bates stamped D000255?

2        A.    Correct.

3        Q.    And does this document represent the profits

4    realized by the defendants from the sale of earbuds on

5    Amazon?

6        A.    Correct.

7        Q.    And according to this document, it looks like F

8    Sport Shop began selling earbuds May 10th of 2021, and

9    stopped selling earbuds in August of 2021.  Is that

10   correct?

11       A.    Correct.

12       Q.    And is it -- according to this document, it

13   appears that F Sport Shop net profit from the sale of the

14   earbuds was 249,927 and about 41 cents?

15            THE INTERPRETER:  Can you go over the figure

16   again?

17            MS. HARRIS:  249,927.41.

18       A.    Correct.

19   BY MS. HARRIS:

20       Q.    And are these -- or is this profits solely from

21   defendant's sale of the Firacore earbuds?

22       A.    Correct.

23       Q.    And, for FXZ, based on this document, FXZ sold

24   earbuds from May 2021 through August of 2021.  Is that

25   correct?



Yarong Chen, Vol. I - 8/25/2022
Feng Gao vs. The Partnerships and Incorporated Assocs Identified on Sched. A
Case: 1:21-cv-04055 Document #: 81-13 Filed: 10/21/22 Page 16 of 21 PageID #:5307

1    A.    **Correct.**

2    Q.    Did FXZ sell any earbuds prior to May of 2021?

3    A.    **No.**

4    Q.    So, over in column P, which is the total net

5    profit, it's labeled total net profit, we see that

6    their -- FXZ lost money from the sale of the earbuds in

7    June, July, and August.  Is that correct?

8    A.    **Correct.**

9    Q.    So why is that?  Why did they lose money from

10   the sale of earbuds?

11   A.    **You can see from the reports that the amount,**

12   **the volume sold during these three months were very low.**

13   **Plus, they had to pay the rent.  For that reason, they**

14   **have lost money.**

15   Q.    What rent did FXZ have to pay?

16   A.    **5,000 RMB.**

17   Q.    Who did FXZ have to pay rent to?

18   A.    **That, I don't know.**

19   Q.    Who would know?

20   A.    **The shop owner.**

21   Q.    And if we look at column A, under the store name

22   for M Sport Direct, it looks as if M Sport Direct sold

23   earbuds from March 2021 to August of 2021.  Is that

24   correct?

25   A.    **Correct.**



Yarong Chen, Vol. I  -  8/25/2022
Case: 1:21-cv-04055 Document #: 81-13 Filed: 10/21/22 Page 17 of 21 PageID #:5308
Feng Gao vs. The Partnerships and Incorporated Assocs Identified on Sched - A

1        So you said the shop owner made this rental

2   payment on behalf -- was responsible for making the

3   rental payment on behalf of M Sport Direct.  Is that the

4   same for all defendants?

5        A.   Correct.

6        Q.   Okay.  And, you mentioned earlier that you don't

7   have any records of the rental payments made by M Sport

8   Direct.  Is that going to be true for all defendants, all

9   the other defendants as well?

10       A.   Correct.

11       Q.   And you -- and in regards to Spidoc Direct,

12  column C reflects that Spidoc sold earbuds from February

13  2020 through August of 2021.  Is that correct?

14       A.   Correct.

15       Q.   And, are all the earbuds sold by Spidoc Direct

16  on Amazon, are all those earbuds Spidoc brand earbuds?

17       A.   Correct.

18       Q.   And this chart reflects that Spidoc Direct sold

19  65,125 earbuds between February 2020 and August of 2021.

20  Is that correct?

21       A.   Correct.

22       Q.   And the total profit realized by Spidoc Direct

23  from the sale of the earbuds was $1,014,460.87.  Is that

24  correct?

25       A.   Correct.



Yarong Chen, Vol. I - 8/25/2022
Case: 1:21-cv-04055 Document #: 81-13 Filed: 10/21/22 Page 18 of 21 PageID #:5309
Feng Gao vs. The Partnerships and Incorporated Assocs identified on Sched "A"

1    that correct?

2         A.   Correct.

3         Q.   And the defendant 3one sold a total of 2,206

4    earbuds?

5         A.   Correct.

6         Q.   And it looks like the defendant 3one did not

7    realize a profit from the sale of those earbuds.  Is that

8    due to the rent and the cost of the earbuds from the

9    manufacturer?

10        A.   Correct.

11        Q.   So, were there -- did any of the defendants have

12   any expenses related to the cost of the earbuds other

13   than rent and the cost of purchasing the earbuds from the

14   manufacturer?

15        A.   Give me a few minutes.

16             Could you please present the previous document

17   again?

18        Q.   Sure.

19        A.   The average expenses includes 15 percent of

20   the -- they were to deduct 15 percent of the selling

21   price.  And also, they deducting the transportation cost.

22   And also, advertisement cost that is listed under column

23   H, the advertisement.  And also service after the sales,

24   including the return, return handling fees.

25             And also under the column number J, the



Yarong Chen, Vol. I - 8/25/2022
Case: 1:21-cv-04055 Document #: 81-13 Filed: 10/21/22 Page 19 of 21 PageID #:5310
Feng Gao vs. The Partnerships and Incorporated Associations Identified on Schedule "A"

 1   transportation fee from the manufacturer shipment to -- I

 2   mean the shipment fee from the manufacturer to Amazon.

 3       Q.   So let's start with the Amazon referral fee.  Do

 4   you have any records of the payments made to Amazon for

 5   this 15 percent referral fee?

 6       A.   We don't have -- we don't have this type of

 7   records because Amazon made the deduction directly from

 8   the account.

 9       Q.   Do you have records of the account which shows

10   that Amazon made the deduction?

11       A.   Right now, I don't know how to look for that

12   piece of information, that 15 percent deduction.

13       Q.   Who would know how to locate that information?

14       A.   No, I don't know.

15       Q.   Is that the same for all defendants?

16       A.   Correct.

17       Q.   The average fulfillment fee by Amazon for a

18   single product in column G, do you have in your

19   possession any records of the fulfillment fee?

20       A.   This fee is also a direct deduction by Amazon

21   from their seller's account.

22       Q.   What documents did you review to -- how did you

23   receive the information to include the Amazon referral

24   fee of 15 percent and the average fulfillment by Amazon

25   fee in columns F and G in this document?



Yarong Chen, Vol. I - 8/25/2022
Feng Gao vs. The Partnerships and Incorporated Associations Identified on Sched - A
Case: 1:21-cv-04055 Document #: 81-13 Filed: 10/21/22 Page 20 of 21 PageID #:5311

1    A.    Okay.  On the seller's account, each seller's

2    account, those fees are included directly, which is

3    itemized, the 15 percent fulfillment, and also -- I mean

4    the $3.54 fulfillment fee and the 15 percent of the

5    referral fee, those are all listed on each seller's

6    account.

7    Q.    And you still have access to this account, which

8    shows those fees?

9    A.    Right now, since Amazon have already removed all

10   this related listing information for right now, there's

11   no access to these information.

12   Q.    So, you've stated that you prepared this

13   document last week.  So where did you obtain the

14   information to put into this document if you don't have

15   access to this information on Amazon?

16   A.    It was based on my memory from the past

17   experience.

18   Q.    Okay.  Column O states that -- column O states

19   that a commission to staff of three percent of gross

20   profit.

21         Do you see that in column O?

22   A.    I see it.

23   Q.    What staff received this commission?

24   A.    Well, it was supposed to be me who received this

25   commission.



Case: 1:21-cv-04055 Document #: 81-13 Filed: 10/21/22 Page 21 of 21 PageID #:5312
Feng Gao vs. The Partnerships and Incorporated Assocs identified on Schel "A"

1    Q.   Did you receive a commission from any of the

2  defendants?

3    **A.   Because according to this report, this was**

4  **first, they had --**

5         (Court reporter requests clarification.)

6    **A.   According to this report, they have incurred**

7  **losses.  For that reason, I have no commission coming my**

8  **way.**

9  BY MS. HARRIS:

10   Q.   Okay.  Well, if we go down to Spidoc, this

11  report, the report for Spidoc does not show that a loss

12  was incurred.  Is that correct?

13   **A.   Correct.**

14   Q.   So, this Spidoc column O shows that there was a

15  commission to staff of three percent of the gross profit.

16       Do you see that in column O?

17   **A.   Yes, I see it.**

18   Q.   This column O reflect the commission payments

19  made to the staff of Spidoc Direct?

20   **A.   Yes, I see it.**

21   Q.   I know that you see it.  But the question is,

22  did the staff receive a three percent commission that is

23  reflected in column O?

24   **A.   That, I wouldn't know.**

25   Q.   Who would know -- scratch that.

