# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Feng Gao, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:21-cv-4055 |
| v. | ) |
| | ) Hon. Judge Sharon Johnson Coleman |
| THE PARTNERSHIPS and | ) |
| INCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE "A," | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Pursuant to F. R. Civ. P. 37(a) and Local Rule 37.2, Plaintiff has filed a Motion to Compel Responses to Plaintiff's First Second Set of Interrogatories and Plaintiff's Second Request for Production of Documents from Defendants 3One, F Sport Shop, M Sport Direct, Spidoc Direct, Uniqtec USA, and FXZ Shop.

Having considered Plaintiff's Motion to Compel, as well as the Plaintiff's supporting declaration, and exhibits thereto, the Court hereby GRANTS Plaintiff's Motion to Compel; and

ORDERS that Defendants shall provide complete responses to Plaintiff's Second Request for Interrogatories, and the documents requested in Plaintiff's Second Request for Production of Documents within fourteen (14) days of the date of this Order; and

FURTHER ORDERS that Plaintiff be, and hereby is awarded its reasonable expenses, including attorneys' fees. Plaintiff shall submit a motion for fees on or before _____, 2022.

**IT IS SO ORDERED.**


Dated: _____, 2022         _____
                                         Honorable Young B. Kim
                                         United States Magistrate Judge