# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Feng Gao

                     Plaintiff,

v.                                 Case No.: 1:21–cv–04055

                                 Honorable Sharon Johnson Coleman

Partnerships and Unincorporated Associations Identified on Schedule "A", The, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 25, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone motion hearing held on 10/25/2022. Brief oral argument held as to defendants Uniqtec USA, Spidoc Direct, F Sport Shop, FXZ SHOP, M SPORT Direct, 3one's motion for partial summary judgment [84]. The Court enters the motion and will further review the motion as well as the case to determine if the motion is appropriate at this time. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.