## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| FENG GAO, | ) | No. 21 CV 4055 |
| Plaintiff, | ) | |
| v. | ) | Magistrate Judge Young B. Kim |
| THE PARTNERSHIPS and INCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | ) | |
| Defendants. | ) | November 2, 2022 |

## ORDER

Before the court are Plaintiff's motions to compel Defendants 3One, F sport Shop, FXZ Shop, M Sport Direct, Spidoc Direct, and Uniqtec USA to supplement their answers and responses to Plaintiff's Interrogatory ("INT") Nos. 8, 11, 12, and 14, and Request for Production of Documents ("RFP") Nos. 32, 39, 40, 42, and 43. For the following reasons, the motion is granted, except as to INT No. 12:[1]

Plaintiff filed his two motions to compel on September 28, 2022. (R. 70; R. 72.) On October 4, 2022, the court afforded Defendants until October 18, 2022, to file their response to the motions to compel. However, instead of filing a response to the motions, Defendants instead moved the court for partial summary judgment, (R. 84), and to stay discovery and discovery motions, (R. 86). The court denied the latter motion as it was undeveloped and lacked adequate basis for the relief

---

[1] The court denies the motion as to INT No. 12 because the court finds the scope of the interrogatory to be overly broad.

Defendants sought. (R. 88.) Thereafter, Defendants did not file any opposition to the motions to compel.

Nonetheless, the court has reviewed Plaintiff's motion and the relevant discovery materials in order to ensure that Plaintiff has complied with Rule 26(b). Having done so, the court agrees with Plaintiff—for the reasons he has detailed—that there is sufficient basis to question the completeness of Defendants' answers and responses and whether Defendants expended reasonable efforts to secure the necessary discovery responses. In fact, based on the information Plaintiff offers in his motions, the court finds that Defendants have shirked their discovery obligations here.

Accordingly, Plaintiff's motions to compel are granted, and Defendants are ordered to supplement their answers and productions as directed herein.

## A.    Interrogatories

| No. | Direction |
| --- | --- |
| 8 | As correctly pointed out by Plaintiff, if Defendants do not have any written agreement with Sumin Xie, they must then detail the specific terms and conditions of any oral agreement they have with Xie. |
| 11 | Plaintiff again correctly points out that Defendants failed to explain the terms and conditions of any oral agreement they have with any manufacturers and/or suppliers. In fact, Defendants do not address manufacturers in their answers. Defendants must first answer whether they have/had oral and/or written agreements with any manufacturers and/or suppliers and then detail the terms and conditions of those agreements. |
| 14 | In light of Defendants' answers, the court orders them to produce a privilege log in compliance with Rule 26(b)(5). |

**B.    Request for Production of Documents**

| No. | Direction |
|---|---|
| 32, 39, 40 42 & 43 | Defendants must exercise reasonable efforts to search, collect, and produce all responsive documents.  If the responsive documents are confidential, then Defendants may designate them as such.  If the responsive documents are privileged, then Defendants are to produce a privilege log in compliance with Rule 26(b)(5). |

ENTER:

_____

**Young B. Kim**
**United States Magistrate Judge**

3