UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Feng Gao

                    Plaintiff,

v.                                            Case No.: 1:21−cv−04055

                                                        Honorable Sharon Johnson Coleman

Partnerships and Unincorporated Associations
Identified on Schedule "A", The, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 4, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Upon review of defendants' motion for partial summary judgment, the Court holds that summary judgment is not appropriate at this time. Both the motion for summary judgment [84] and the motion for excess pages [87] are stricken without prejudice. Though early summary judgment motions may expedite proceedings in cases involving a discrete, dispositive issue, this is not that case. The parties are directed to continue discovery under the supervision of Magistrate Judge Kim and must seek leave of the Court prior to filing any future motions for summary judgment. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.