## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Feng Gao

                        Plaintiff,

v.                                        Case No.: 1:21−cv−04055

                                                          Honorable Sharon Johnson Coleman

Partnerships and Unincorporated Associations Identified on Schedule "A", The, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 11, 2022:

      MINUTE entry before the Honorable Young B. Kim: The court's order of October 4, 2022, (R. 75), is amended to the extent that Defendants have until November 14, 2022, to file their responses to the pending motions to compel (R. 76; R. 78; R. 91) because today is a legal holiday. Also, the court's order of November 2, 2022, (R. 94), is amended to the extent that the motions to compel the court granted in part and denied in part are the motions docketed as Document Nos. 70 and 72, not Nos. 76 and 78. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.