06/12/15

# United States District Court
# Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**:

**Case Title**:

**Judge**:

**Name of Attorney submitting the motion to withdraw**:

**Name of Client**:

**Mailing address of Client**:

**City:**                                          **State:**

**Zip:**                                           **Telephone Number:**

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** /s/Adam E. Urbanczyk _____

**Date:**

F Sport Shop
Huzhou zhuoyan dianzi shangwu youxiangongsi
c/o Jiabao Lu
nanxunjingjikaifaqu qianghualu 2555hao A1dong 3lou 306-21 huzhou zhejiang 313009 CN


M SPORT Direct
Shenzhen Yihengya Technology Co Ltd
c/o Linyang Wu
Guiyuanjiedao Guiyuanlu Dianyingdasha A-1209-A02 Shenzhen City Luohu District Guangdong Province 518000 CN


FXZ SHOP
Hefeiyannaiwangluokejiyouxiangongsi
c/o Yonghui Yan
Cross of Baohedadao and Xianlu, Baowencaifuzhongxin Rm 1405 Hefei City Baohe District Anhui Province 230041 CN


Spidoc Direct
Xiamenhaibaluyoutingguanliyouxiangongsi
c/o Junwei Song
1haolou8cengHdanyuan xiamenshi
fujiansheng 361000 CN

3one
c/o Deng Huier
Room 422 Admin Building No.2 North Baiyun Avenue, Baiyun District, Guangzhou Guagndong 510420 China

Uniqtec USA
Bandizhen Dingmengxian Bandizhongxue South
Heze City Dingtao District Shandong Province 274100 China