## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Feng Gao

                Plaintiff,

v.                                        Case No.: 1:21−cv−04055

                                                                        Honorable Sharon Johnson Coleman

Partnerships and Unincorporated Associations
Identified on Schedule "A", The, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 21, 2022:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 11/21/2022. Brief oral arguments held. Attorneys Adam E. Urbanczyk and Brian Swift's motion to withdraw as counsel [101] is entered and continued to 12/12/2022 at 9:45 AM as an in−person hearing. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.