**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Feng Gao

                        Plaintiff,

v.                                    Case No.: 1:21–cv–04055

                                    Honorable Sharon Johnson
                                    Coleman

Partnerships and Unincorporated Associations
Identified on Schedule "A", The, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 12, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 12/12/2022. Counsel for defendants Uniqtec USA, F Sport Shop, M SPORT Direct, FXZ SHOP, Spidoc Direct, and 3one is to notify their clients by email and registered mail. Attorneys Adan Urbanczyk and Brian Swift's motion to withdraw as counsel [101] is entered and continued to 12/16/2022 at 9:30 AM by telephone conference. The call–in number is (877)336–1829 and the access code is 5205245. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.