UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Feng Gao

Plaintiff,

v.

Case No.: 1:21−cv−04055
Honorable Sharon Johnson Coleman

Partnerships and Unincorporated Associations Identified on Schedule "A", The, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 16, 2022:

MINUTE entry before the Honorable Sharon Johnson Coleman: Continued motion hearing held on 12/16/2022 as to attorneys Adam Urbanczyk and Brian Swift's motion for leave to withdraw as counsel [101]. Counsel notified their clients by registered mail and have not heard from them. The Court grants the motion. Attorneys Adam Urbanczyk and Brian Swift terminated. All deadlines previously ordered are now stricken. Defendants have 30 days to retain new counsel and file an appearance. An in−person status hearing is set for 1/31/2023 at 9:45 AM. Status hearing set for 1/6/2023 is stricken. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.