IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FENG GAO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE PARTNERSHIPS and INCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　Defendants. | Case No. 1:21-cv-04055-SJC<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL**<br><br>Hon Judge Sharon Johnson Coleman |

**MOTION FOR SUBSTITUTION OF COUNSEL**

　　NOW COMES Plaintiff Fen Gao moving the Court for leave to withdraw the appearance of his current counsel of record, attorneys Jason Pepe and Melika Harris from the law firm Bayramoglu Law Offices, LLC and substitute attorneys Gokalp Bayramoglu and Y. Nandish Wijetilleke from the same firm Bayramoglu Law Offices, LLC as counsel of record pursuant to Local Rule 83.17 and respectfully states as follows:

1. Attorney Nihat Deniz Bayramoglu from the law firm Bayramoglu Law Offices, LLC is presently counsel of record for Plaintiff.

2. Attorney Jason Pepe will be leaving the law firm of Bayramoglu Law Offices LLC on February 24, 2023, after which time he will have no involvement whatsoever in this matter.

3. Attorney Melika Harris is no longer associated with Bayramoglu Law Offices LLC and has no involvement whatsoever in this matter.

4. The representation of Plaintiff in this matter will remain Bayramoglu Law Offices and will not affect the current case schedule.

5. Please terminate Jason Pepe and Melika Harris from the docket sheet as counsel of record and replace them with Gokalp Bayramoglu and Y. Nandish Wijetilleke from the same law firm Bayramoglu Law Offices, LLC.

DATED: February 23, 2023                    Respectfully Submitted,

**Bayramoglu Law Offices, LLC**

*/s/ Jason E. Pepe*
Jason E. Pepe, Esq.
Nihat Deniz Bayramoglu, Esq.
540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone: 702.462.5973
Facsimile: 702.553.3404
Jason@bayramoglu-legal.com
Deniz@bayramoglu-legal.com
*Attorneys for Plaintiff*