# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Feng Gao

                              Plaintiff,

v.                               Case No.: 1:21−cv−04055
                                       Honorable Sharon Johnson Coleman

Partnerships and Unincorporated Associations
Identified on Schedule "A", The, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 24, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion for substitution of counsel [116] is granted. Attorney Melika Talese Harris and Jason Eric Pepe terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.