# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Feng Gao

                      Plaintiff,

v.                                        Case No.: 1:21−cv−04055

                                                       Honorable Sharon Johnson Coleman

Partnerships and Unincorporated Associations Identified on Schedule "A", The, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 21, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: After further review by the Court, plaintiff's motion for entry of default judgment as to the defendants identified in Schedule A [120] is granted. Enter Order. Defendants' motion to increase bond [64] is stricken as moot. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.