IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FENG GAO,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and INCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | CASE NO. 1:21-cv-04055- SJC<br><br>**MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FRCP 55(b)**<br><br>Hon. Judge Sharon Johnson Coleman |

**FINAL DEFAULT JUDGMENT ORDER**

      This action having been commenced by Plaintiff Feng Gao ("Feng Gao" or "Plaintiff") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default against the defendants identified on Schedule A, (collectively, the "Defaulting Defendants") which was subsequently granted, and now moving for entry of Default Judgment against the same;

      Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and Defaulting Defendants having failed to respond to the Court's order within the deadline provided by the Court, and that time having expired without any response;

      THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, faulting Defendants have targeted sales to

Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products infringing directly and/or indirectly Feng Gao's following patented designs ("Gao Designs").







THIS COURT FURTHER FINDS that Defaulting Defendants are liable for direct and indirect patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. offering for sale, selling, and importing any product not authorized by Feng Gao and that includes any reproduction, copy or colorable imitation of the design claimed in the Gao Designs;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the Feng Gao Design; and

    c. effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Feng Gao's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd.

4

("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within ten (10) business days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Gao Designs.

4. Pursuant to 35 U.S.C. § 289, Feng Gao is awarded profits from each of the Defaulting Defendants for infringing use of the Gao Designs on products sold through at least the Defaulting Defendants' Online Marketplaces according to the below chart. The Court therefore enters a judgment award in the amount of $2,846,418.05 jointly and severally against the Defaulted Defendants.

| No. | Seller Aliases | Joint and Several Liability Profit Award |
|---|---|---|
| 1 | Spidoc Direct | $2,846,418.05 |
| 2 | M Sport Direct | $2,846,418.05 |
| 3 | A Sport Direct | $2,846,418.05 |
| 4 | Uniqtec USA | $2,846,418.05 |
| 5 | F Sport Shop | $2,846,418.05 |
| 6 | 3one | $2,846,418.05 |

5. Feng Gao may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, and Amazon Pay, by e-mail delivery to the e-mail addresses Feng Gao used to serve the Permanent Injunction Order on the Third-Party Providers.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified damages award, or other of Defaulting Defendants' assets.

7. All monies, up to the above identified damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are hereby released to Feng Gao as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are ordered to release to Feng Gao the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

8. Until Feng Gao has recovered full payment of monies owed to it by any Defaulting Defendant, Feng Gao shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Dhgate, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall within ten (10) business days:

    a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to Defaulting Defendants, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. release all monies, up to the above-identified damages award, restrained in Defaulting Defendants' financial accounts to Feng Gao as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9. In the event that Feng Gao identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, Feng Gao may send notice of any supplemental proceeding to the Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third party e-commerce platforms.

10. The one-thousand-dollar ($1,000) surety bond posted by Feng Gao is hereby released to Feng Gao or its counsel, Bayramoglu Law Offices. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Feng Gao or its counsel.

This is a Final Judgment.

DATED: April 21, 2023

_____
Hon. Sharon Johnson Coleman
United States District Judge